**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

SAID MANSOR SADAT,

v.

MARKWAYNE MULLIN, *et al.*

Case No. 1:26-cv-3040-MSN-LRV

**ORDER**

Upon consideration of Federal Respondents' Consent Motion for Enlargement of Time, the motion is GRANTED, and it is hereby

ORDERED that Federal Respondents shall respond to the Court's order of September 15, 2026, (Dkt. 3) no later than 5:00pm on September 21, 2026. Petitioner shall reply no later than 5:00 PM September 28, 2026.

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Date: 9/17/26

UNITED STATES DISTRICT JUDGE