IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SAID MANSOR SADAT,
*Petitioner*,
v.

MARKWAYNE MULLIN, *et al.*,
*Respondents*.

1:26-cv-3040-MSN-LRV

ORDER

On October 23, 2026, the Federal Respondents filed a Motion for Reconsideration of this Court's prior order granting the Petitioner habeas relief. ECF 15. Upon consideration of the Motion, it is hereby

ORDERED that on or before 5:00 pm on Monday, October 26, 2026, Petitioner show cause as to why the Motion should not be granted; and it is further

ORDERED that any Reply by Federal Respondents shall be filed by noon on Tuesday, October 27, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

October 23, 2026
Alexandria, Virginia