IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAID MANSOR SADAT,<br>*Petitioner*,<br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br>*Respondents*. | 1:26-cv-3040-MSN-LRV |

ORDER

This matter comes before the Court on the Federal Respondents' Notice of Withdraw of Motion to Reconsider. ECF 20. Upon consideration of the motion, and the oral argument on October 28, 2026, it is hereby

ORDERED that the motion to withdraw is GRANTED. ECF 20. Federal Respondents' motion to reconsider, ECF 15, is therefore withdrawn; it is further

ORDERED that the parties are DIRECTED to confer with each other and submit proposed modifications to this Court's previous order as articulated in open court. The proposed modifications shall be filed on or before 5:00 p.m. on Thursday, October 29, 2026; it is further

ORDERED that Federal Respondents are DIRECTED to file with the Court a status report that provides more detailed information regarding the planned charter flight referenced by government counsel in open court and whether the charter flight discussed in Acting Assistant Field Office Director Sergio A. Aguilar's declaration at ECF 16-1 ¶ 6 was a direct non-stop flight to Afghanistan or whether it was to land in Pakistan. Federal Respondents shall submit the status report by October 30, 2026, at 5:00 p.m.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

October 28, 2026
Alexandria, Virginia