**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| SAID MANSOR SADAT, | ) | |
| *Petitioner*, | ) | |
| v. | ) | Civ. No. 1:26-cv-3040 (MSN/LRV) |
| MARKWAYNE MULLIN, et al., | ) | |
| *Respondents*. | ) | |

**CONSENT ORDER**

This matter comes before the Court following the hearing held on October 28, 2026. Federal Respondents have withdrawn their Motion for Reconsideration (ECF 15). ECF 20. Upon the consent of the parties, as indicated by the signatures of counsel below, it is hereby

ORDERED that Federal Respondents and any of Federal Respondents' officers, agents, servants, employees, and attorneys, as well as other persons acting in concert, are ENJOINED from re-detaining Petitioner, except as provided in the following paragraph, unless and until the Court, upon a motion filed on the docket, finds a showing of sufficient changed circumstances with respect to the prospects for removal to a qualifying consenting country and grants leave to re-detain him; and it is further

ORDERED that nothing in this Order requires Federal Respondents to obtain leave of this Court before revoking Petitioner's release and returning Petitioner to custody under 8 C.F.R. § 241.13(i)(1) for any violation of the conditions of his release; and it is further

ORDERED that the Court's October 13, 2026, Order (ECF 12) otherwise remains in full force and effect.

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

October 30, 2026
Alexandria, Virginia

**WE ASK FOR THIS:**


*/s/ Simon Sandoval-Moshenberg*
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar No. 77110
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com
*Counsel for Petitioner*

TODD W. BLANCHE
Attorney General
THEOPHANI K. STAMOS
First Assistant United States Attorney

*/s/Miguel A. Morales Ortiz*
MIGUEL A. MORALES ORTIZ
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3753
Fax: (703) 299-3983
Email: Miguel.morales.ortiz@usdoj.gov
*Counsel for Federal Respondents*